600

No. 332. WILLIAMS MANUFACTURING Co. *v.* UNITED SHOE MACHINERY CORP. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.* for petitioner. *Messrs. Harrison F. Lyman* and *Thomas J. Ryan* for respondent.

Nos. 581 and 582. SPRECKELS *v.* COMMISSIONER OF INTERNAL REVENUE. October 20, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Walter Slack* for petitioner. *Assistant Solicitor General Fahy* for respondent.

No. 588. NATIONAL LABOR RELATIONS BOARD *v.* ELECTRIC VACUUM CLEANER CO., INC. ET AL. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Assistant Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Mr. Lawrence C. Spieth* for the Electric Vacuum Cleaner Co., and *Messrs. Joseph A. Padway* and *Herbert S. Thatcher* for the International Molders' Union of North America, Local 430, et al., respondents.

No. 142. COLUMBIA RIVER PACKERS ASSN., INC. *v.* HINTON ET AL. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Ralph E. Moody* for petitioner. *Mr. Lee Pressman* for respondents.

No. 523. WEBER *v.* UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Ap-